# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**VIOLETTA P. JOSEPH,**
        **Appellant,**

    v.                                      Case No. 06C0275

**OFFICE OF THE U.S. TRUSTEE**
**EASTERN DISTRICT OF WISCONSIN,**
        **Appellees.**

## ORDER

On July 17, 2006, I issued notice to appellant that this case would be dismissed unless plaintiff indicated a desire to further prosecute the action by filing a brief in support of her bankruptcy appeal by August 4, 2006.

Fed. Rule Bank. P. 8009 grants a bankruptcy appellant 15 days after the entry of the appeal record on the docket in which to file a brief in support of her appeal. I mailed a copy of this rule to appellant on March 7, 2006, along with a letter alerting her that she had until March 22, 2006, to file her brief. I then extended this deadline to August 4, 2006, warning appellant that her case could be dismissed if she failed to meet this deadline. To date, appellant has not filed a brief in support of her appeal. Under Fed. Rule Bank. P. 8001(a), her failure to do so is a ground for dismissal of her appeal. Thus, I will dismiss this case with prejudice. Plaintiff may file a motion for rehearing within 10 days, pursuant to Fed. Rule Bank. P. 8015.

**THEREFORE, IT IS ORDERED** that pursuant to Fed. Rule Bank. P. 8009, this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that appellant may file a motion for rehearing within 10 days, pursuant to Fed. Rule Bank. P. 8015.

Dated at Milwaukee, Wisconsin, this 21 day of August, 2006.

_____
LYNN ADELMAN
District Judge